**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1830**

---

MOUKTAR ABDULLAHI AYNAN,

                                            Petitioner,

        versus

JOHN ASHCROFT, Attorney General,

                                            Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A78-346-741)

---

Submitted:  November 15, 2004      Decided:  November 29, 2004

---

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Mouktar Abdullahi Aynan, Petitioner Pro Se.  George William
Maugans, III, Special Assistant United States Attorney, IMMIGRATION
AND NATURALIZATION SERVICE, Baltimore, Maryland; Carol Federighi,
M. Jocelyn Lopez Wright, Wanda Evans, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mouktar Abdullahi Aynan, a native of Somalia, petitions for review of an order of the Board of Immigration Appeals affirming, without opinion, the immigration judge's order granting withholding of removal, but denying asylum and protection under the Convention Against Torture.

We find the immigration judge's decision denying Aynan asylum as a matter of discretion was not manifestly contrary to law or an abuse of discretion. <u>See</u> 8 U.S.C. § 1252(b)(4)(D) (2000). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>